664

In the Matter of MERYL L. FISCHER et al., Respondents, v MICHAEL S. PERAGINE et al., Appellants, et al., Respondent.

Submitted August 24, 2004; decided August 25, 2004

Motion by Joseph Saladino for intervention or, in the alternative, for leave to appear amicus curiae, denied upon the ground that movant is not bound by the Appellate Division order sought to be appealed from.

In the Matter of GILBERTO FLORES et al., Appellants, v JAMES L. KAPSIS et al., Respondents.

Submitted August 24, 2004; decided August 25, 2004

Motion by Frank MacKay for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.